

**RIKER DANZIG SCHERER HYLAND PERRETTI** LLP

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2021

lkalik@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

April 16, 2021

**VIA ECF**

The Honorable Alison J. Nathan, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>Harleysville Worcester Insurance Company, et al. v. Consigli & Associates, LLC f/k/a T.G. Nickel & Associates, LLC, et al.,</u> Civil Action No. 1:21-934 (AJN)

Dear Judge Nathan:

We represent Plaintiffs Harleysville Worcester Insurance Company and Harleysville Insurance Company in the above referenced matter. We write to request an adjournment of the upcoming Initial Pretrial Conference currently scheduled for Friday, April 23, 2021, at 3:15 p.m. Harleysville served Defendant Zurich American Insurance Company ("Zurich") through the New York Department of Financial Services on February 17, 2021, but Zurich has indicated that it did not receive the complaint until April 7, 2021, and that its answer is therefore [...] 99 Wall Street Developers, Inc. ("99 Wall") [...] National Union Fire Insurance Company of Pit[...] informed that 99 Wall is in the process of ser[...] parties may be added to the case over the com[...]

In light of the above, we respectfully request th[...] weeks, to Friday, May 14, 2021. In the altern[...] 2021, or Friday, May 28, 2021. This is the [...] Conference.

*Alison J. Nathan signature*

SO ORDERED,   4/20/2021
ALISON J. NATHAN, U.S.D.J.

The initial pretrial conference scheduled for April 23, 2021, is adjourned to May 14, 2021, at 3:15 p.m. SO ORDERED.

Respectfully submitted,

/s/ Lance J. Kalik

Lance J. Kalik
cc: All Counsel of Record (via ECF)
5271947v1