USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Harleysville Worcester Insurance Company, *et al.*,

Plaintiffs,

–v–

Consigli & Associates, LLC, *et al.*,

Defendants.

21-cv-934 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's orders of February 22, 2021 (Dkt. No. 14) and May 5, 2021 (Dkt. No. 48), the parties were required to file a joint letter and proposed case management plan at least seven days before the initial pretrial conference scheduled for May 14, 2021. The parties have not done so. The parties shall file their joint letter and proposed case management plan by May 11, 2021.

SO ORDERED.

Dated: May 10, 2021
New York, New York

ALISON J. NATHAN
United States District Judge