UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Harleysville Worcester Insurance Company, *et al.*,

Plaintiffs,

–v–

Consigli & Associates, LLC, *et al.*,

Defendants.

21-cv-934 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial pretrial conference scheduled for June 4, 2021, is adjourned to June 25, 2021, at 3:15 p.m. The Court reminds all parties that pursuant to Rule 1.I of the Court's Individual Practices in Civil Cases, counsel must promptly enter an appearance on ECF.

The Plaintiffs shall serve a copy of this Order on Defendant Domestic Plumbing, Inc., and file an affidavit of service for the complaint and this Order by June 8, 2021.

Third-Party Plaintiff 99 Wall Development, Inc., shall serve a copy of this Order on Third-Party Defendant National Union Fire Insurance Company of Pittsburgh, Pa., and file an affidavit of service for its third-party complaint and this Order by June 8, 2021.

Counsel for all parties shall confer and file a joint letter by June 11, 2021, informing the Court whether the parties believe this case should be deemed related to *99 Wall Development Inc. v. Allied World Specialty Insurance Company*, No. 18-cv-126 (RA), under the District's Local Rules. *See* Local Civil Rule 1.6.

SO ORDERED.

Dated: June 3, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge