UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Harleysville Worcester Insurance Company, *et al.*,

Plaintiffs,

–v–

Consigli & Associates, LLC, *et al.*,

Defendants.

21-cv-934 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial pretrial conference in this matter will proceed today at 3:15 p.m. as scheduled. The parties and members of the public may access the proceeding by dialing 888-363-4749 and entering access code 9196964#.

SO ORDERED.

Dated: July 23, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge