USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 914; 14243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Harleysville Worcester Insurance Company, *et al.*,

Plaintiffs,

–v–

Consigli & Associates, LLC, *et al.*,

Defendants.

21-cv-934 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The case management conference scheduled for December 20, 2021, is rescheduled to December 10, 2021, at 3:15 p.m.

SO ORDERED.

Dated: July 29, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge