```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

Harleysville Worcester Insurance Company, et al.,

    Plaintiffs,

–v–

Consigli & Associates, LLC, et al.,

    Defendants.

―――――――――――――――――――――――――――――

21-cv-934 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on March 16, 2022, granted the parties' request to extend the deadline to submit a proposed discovery schedule to March 22, 2022. Dkt. No. 119. The Court is not in receipt of that schedule. The parties shall submit a proposed discovery schedule by April 1, 2022.

    SO ORDERED.

Dated: March 24, 2022
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge