UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARLEYSVILLE WORCESTER INSURANCE
COMPANY et al.,

                               Plaintiffs,

-v-

CONSIGLI & ASSOCIATES, LLC et al.,

                               Defendants.

21 Civ. 934 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 17, 2022, the Court ordered that any parties considering additional or amended claims move for leave to file such claims by November 14, 2022. Dkt. 132. The Court has received a motion for leave to file a third amended answer with counterclaims, crossclaims, and a third-party complaint from defendant Consigli & Associates, LLC ("Consigli"), Dkt. 133, a motion for leave to file an amended complaint from plaintiffs Harleysville Worcester Insurance Company and Harleysville Insurance Company (together, "Harleysville"), Dkt. 135, and a motion for leave to file an amended answer with counterclaims and a third-party complaint from defendant Zurich American Insurance Company ("Zurich"), Dkt. 138. Pursuant to the Court's October 17, 2022 order, any oppositions to these motions are due December 5, 2022, and replies are due December 12, 2022. Dkt. 132.

On November 22, 2022, Harleysville submitted a letter motion for leave to move for summary judgment. Dkt. 142. As the Court has previously noted, any summary judgment motions filed concurrently to the motions for leave to file amended claims would likely be "premature" and "potentially fail to account for the full range of then-pending claims." Dkt. 132. Accordingly, the Court directs Consigli and other implicated parties to respond, in a letter no

longer than three pages, to Harleysville's letter motion by December 12, 2022. The Court will thereafter resolve the pending motions for leave to amend and determine whether to set a briefing schedule for any motions for summary judgment.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 30, 2022
      New York, New York