UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARLEYSVILLE WORCESTER INSURANCE
COMPANY, et al.,

                              Plaintiffs,

            -v-

CONSIGLI & ASSOCIATES, LLC, f/k/a T.G. NICKEL &
ASSOCIATES, LLC, et al.,

                              Defendants

CONSIGLI & ASSOCIATES, LLC f/k/a T.G. NICKEL &
ASSOCIATES, LLC,

                              Plaintiff-in-
                              Counterclaim,

            -v-

HARLEYSVILLE WORCESTER INSURANCE CO., et al.,

                              Defendants-in-
                              Counterclaim.

21 Civ. 934 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 31, 2023, Defendant and Plaintiff-in-Counterclaim Consigli & Associates, LLC f/k/a/ T.G. Nickel & Associates, LLC's ("Consigli") filed a motion to stay proceedings pending resolution of the underlying state action in this case, *99 Wall Development Inc. v. Consigli & Associates, LLC, f/k/a T.G. Nickel & Associates, LLC*, New York County Supreme

Court index no. 656973/2017.  Dkt. 205.  Any party wishing to file an opposition to this motion is directed to do so by **November 7, 2023.**  The Court does not invite a reply.

SO ORDERED.

                                                   *Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 2, 2023
       New York, New York