UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLEYSVILLE WORCESTER INSURANCE COMPANY, et al.,<br><br>         Plaintiffs,<br>-v-<br><br>CONSIGLI & ASSOCIATES, LLC, f/k/a T.G. NICKEL & ASSOCIATES, LLC, et al.,<br><br>         Defendants<br><br><br>CONSIGLI & ASSOCIATES, LLC, f/k/a T.G. NICKEL & ASSOCIATES, LLC,<br><br>         Plaintiff-in-Counterclaim,<br>-v-<br><br>HARLEYSVILLE WORCESTER INSURANCE COMPANY, et al.,<br><br>         Defendants-in-Counterclaim | 21 Civ. 934 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  The Court has received the parties' various motions and briefing with respect to a stay or partial stay of discovery in this matter pending resolution of the underlying state action. Dkts. 205, 210, 212, 216. Upon request by multiple parties and for the Court's own benefit, the Court will hold oral argument on this issue on **December 6, 2023** at **1:00 p.m.** Argument will take place in person in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 27, 2023
       New York, New York