UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/21/2024___
```

HARLEYSVILLE WORCESTER INSURANCE
COMPANY et al.,

                          Plaintiffs,

            -against-

CONSIGLI & ASSOCIATES, LLC et al.,

                          Defendants.

21-CV-00934 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

It is hereby ORDERED that any motions for summary judgment in this case shall be filed by **April 19, 2024**; all opposition briefs shall be filed by **May 17, 2024**; and all reply briefs shall be filed by **June 7, 2024**.  All parties are referred to Rule II(B)(2) of the Court's Individual Rules & Practices ("Individual Rules") regarding formatting requirements.

Each party must file consolidated briefs with respect to all motions relevant to that party: Any party that wishes to file one or multiple summary judgment motions must file a consolidated brief in support of all of its summary judgment motions.  Any party that wishes to file a brief in opposition to one or multiple summary judgment motions must file a consolidated opposition brief responsive to all summary judgment motions made against that party.  Any party filing a reply brief with respect to its summary judgment motions must file a consolidated reply brief in connection with all of its summary judgment motions.

Any party that files more than one motion for summary judgment may file an opening consolidated brief in support of its motions of up to 40 pages in length.  Parties that file only one motion for summary judgment or that file any opposition brief or reply brief (whether consolidated or not) are referred to Rule II(B)(2) of the Individual Rules regarding page limits.

Any motions for default judgment shall be filed on the same schedule as indicated above and in accordance with Rule II(B)(10) of the Individual Rules.  Any party that wishes to file one or multiple default judgments motions must file a consolidated brief in support of all of its default judgment motions.  Parties are referred to Rule II(B)(2) of the Individual Rules regarding page limits for briefing papers filed in connection with a default judgment motion.

This Order and any summary judgment or default judgment motions shall be made without prejudice to Defendant Consigli & Associates, LLC's bad-faith and NYGBL counterclaims, pending decision on those motions.  Discovery on those counterclaims remains stayed.

Dated:  March 21, 2024
        New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge