**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HARLEYSVILLE WORCESTER INSURANCE
COMPANY and HARLEYSVILLE INSURANCE
COMPANY,

                              Plaintiffs,

        -against-                                            21 **CIVIL** 0934 (MMG)

                                                                                <u>**JUDGMENT**</u>

CONSIGLI & ASSOCIATES, LLC f/k/a T.G.
NICKEL & ASSOCIATES, LLC; DOMESTIC
PLUMBING CORP.; HIG SERVICES INC.;
ZURICH AMERICAN INSURANCE COMPANY;
99 WALL DEVELOPMENT INC.; CATLIN
INSURANCE COMPANY, INC.; and STARR
INDEMNITY & LIABILITY COMPANY,

                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2025, Zurich's motions for summary judgment (Dkt. Nos. 243, 244, 245) are GRANTED; Catlin's motion for summary judgment (Dkt. No. 275) is GRANTED; Starr's motion for summary judgment (Dkt. No. 254) is GRANTED; National Union's motion for summary judgment (Dkt. No. 271) is DENIED; Harleysville's motion for summary judgment (Dkt. No. 267) is DENIED; Consigli's motion to strike (Dkt. No. 287) is DENIED as moot; and Harleysville's motion for default judgment (Dkt. No. 252) is DENIED without prejudice to renew.

**Dated:**  New York, New York

      March 4, 2025

                                              **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                          **BY:** _____

                                                **Deputy Clerk**